IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No. 11-mj-01126-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD DALTON, and
MARIE DALTON,

Defendants.

___

**ORDER**
___

This matter arises on the United States' **Motion to Withdraw Motions** [Doc. # 8, filed 9/26/2011] (the "Motion").

IT IS ORDERED:

(1)   The Motion [Doc. # 8] is GRANTED;

(2)   The Motion for Limited Unsealing of Complaint [Doc. # 6] is DENIED as moot; and

(3)   The Motion for Release of Copies of Sealed Document [Doc. # 7] is DENIED as moot.

Dated September 28, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge